AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>EDMOND ALEXANDRE<br><br>Defendant(s) | )<br>)<br>) Case No. 14mj7166 JCB<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 28, 2014__ in the county of __Suffolk__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. Section 46504 | defendant, while on an aircraft, did knowingly interfere with the performance of the duties of a flight crew member or flight attendant of the aircraft, and lessen the ability of the member or attendant to perform those duties, by assaulting and intimidating the flight attendant or flight crew member |

This criminal complaint is based on these facts:

Affidavit of SA Jeffrey M. Rolands, FBI

☑ Continued on the attached sheet.

_____
Complainant's signature

S.A. JEFFERY M. ROLANDS, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: __08/28/2014__

_____
Judge's signature

JENNIFER C. BOAL, CHIEF MAGISTRATE JUDGE
Printed name and title

City and state: __Boston, MA__