AFFIDAVIT OF JEFFREY M. ROLANDS
IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jeffrey M. Rolands, do hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been employed by the FBI for four years and ten months. I am currently assigned to the FBI's Violent Crime Task Force. Before joining the FBI, I worked for fourteen years as a civilian criminalist / DNA analyst, first for the Detroit Police Department in Detroit, Michigan and then for the Washoe County Sheriff's Office in Reno, Nevada.

2. As a Special Agent with the Violent Crimes Task Force, I have responded to and investigated numerous bank robberies and violent crimes. In addition, I have investigated violent criminal offenders involved in kidnapping, armored car robberies, crimes on the high seas, crimes aboard an aircraft, extortion, crimes against children, and terrorism. I have also received specialized training regarding investigative techniques, evidence collection, and evidence preservation. I know that it is a violation of Title 49, United States Code section 46504, to interfere with the performance of the duties of flight crew members and attendants of an aircraft.

3. I submit this affidavit in support of a criminal complaint and the issuance of an arrest warrant charging **Edmond Alexandre** (**"Alexandre"**) dob xx/xx/1953, with a violation of Tile 49, United States Code §46504, interference with flight crew members and

attendants. The information set forth in this affidavit is based on my investigation as well as information provided to me by the Massachusetts State Police, the Transportation Security Administration ("TSA"), the U.S. Customs and Border Protection, and the Federal Air Marshals. In submitting this affidavit, I did not include each and every fact known to me concerning this investigation, but only facts sufficient to establish probable cause.

4. On August 27, 2014, at approximately 7:00 p.m. American Airlines Flight 62 left Miami, Florida enroute to Paris, France. At approximately 9:10 p.m., a passenger, later identified as Alexandre started arguing with another passenger and became disruptive.

5. At that time the aircraft's purser[1] approached Alexandre and attempted to speak with him to calm him down. Alexandre continued to raise his voice, left his seat, and became disruptive to other passengers. Unable to calm Alexandre down the purser left the area and started walking towards the back of the plane.

6. Alexandre then left his seat, continued to raise his voice, and began following the purser towards the back of the plane. At this time, Alexandre grabbed the purser's arm. At this time two Federal Air Marshals broke their cover, identified themselves, and attempted to subdue Alexandre.

---

[1] On modern airlines, the cabin manager (chief flight attendant) is referred to as the purser.

attempted to subdue Alexandre.

7.   The Air Marshals were eventually able to subdue Alexandre and he was placed in handcuffs.

8.   Following Alexandre being placed in custody the aircraft was diverted to Logan International Airport in Boston, Massachusetts.  Alexandre was removed from the plane and arrested by the Massachusetts State Police.  Alexandre was later transferred to Massachusetts General Hospital after he complained of high blood pressure and issues with diabetes.

9.   Based on the foregoing facts, there is probable cause to believe that Edmond Alexandre, while on an aircraft, in the special aircraft jurisdiction of the United States, interfered with flight crew members and attendants during the performance of their duties in violation of Title 49, United States Code §46504.

Jeffrey M. Rolands
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this 28th day of August 2014.

JENNIFER C. BOAL
Chief United States Magistrate Judge